UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS L. SCOTT,

                        Plaintiff,

           -against-

HOME DEPOT USA, INC.,

                      Defendants.

25-CV-2191 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated August 21, 2025, the Court granted Plaintiff 60 days' leave to file an amended complaint. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    February 26, 2026
           New York, New York

                                    _____
                                       Louis L. Stanton
                                        U.S.D.J.