UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORRIS SCOTT,

Plaintiff,

-against-

HOME DEPOT USA INC.; DAN GRACE; ANTHONY FERRIOLI; BRIDGET; CARLOS; ROLANDO; BRANDON GWYNN; JAYMZE,

Defendants.

25-CV-2191 (LLS)

CIVIL JUDGMENT

For the reasons stated in the October 5, 2026 order, this action is dismissed.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.